**SEDGWICK LLP**
RALPH A. CAMPILLO (BAR NO. 70376)
Email:  ralph.campillo@sedgwicklaw.com
WENDY A. TUCKER (BAR NO. 121122)
Email:  wendy.tucker@sedgwicklaw.com
MICHAEL M. WALSH (BAR NO. 150865)
Email:  michael.walsh@sedgwicklaw.com
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017-5556
Telephone:     213.426.6900
Facsimile:      213.426.6921

Attorneys for Defendant
THOMAS P. SCHMALZRIED, M.D.,
A Professional Corporation,

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

| | |
|---|---|
| ANTHONY HALL,<br><br>  Plaintiff(s),<br><br>  v.<br><br>DEPUY ORTHOPAEDICS, INC., THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION; and DOES 1 through 20, inclusive,<br><br>  Defendants. | CASE NO.  3:12-cv-00267-NC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**<br><br>Complaint served: November 30, 2011<br>Removal Date: January 18, 2012<br>Current Response Date: January 25, 2012<br>Agreed Response Date: February 24, 2012 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Thomas P. Schmalzried, M.D., a Professional Corporation ("Defendant") hereby requests, and Plaintiff Anthony Hall ("Plaintiff") hereby agrees to Defendant's request, for an extension of time for Defendant to file a response to Plaintiff's Complaint.  Plaintiff's Complaint was filed on November 30, 2011, Defendant was served on or about December 22, 2011, and the case was removed on January 18, 2012.

THE PARTIES HAVE AGREED AND HEREBY STIPULATE to extend the time for Defendant to respond to February 24, 2012.

DATED: January 20, 2012　　　　SEDGWICK LLP

　　　　　　　　　　　　　　　　By:_____/s/ Michael M. Walsh_____
　　　　　　　　　　　　　　　　　　Ralph Campillo
　　　　　　　　　　　　　　　　　　Wendy Tucker
　　　　　　　　　　　　　　　　　　Michael M. Walsh
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　THOMAS P. SCHMALZRIED, M.D., a
　　　　　　　　　　　　　　　　　　Professional Corporation

DATED: January 20, 2012　　　　LEVINE SIMES KAISER & GRONICK LLP

　　　　　　　　　　　　　　　　By:_____/s/ David Markevitch_____
　　　　　　　　　　　　　　　　　　Lawrence J. Gornick
　　　　　　　　　　　　　　　　　　David Markevitch
　　　　　　　　　　　　　　　　　　Ariel K. Salzer
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　ANTHONY HALL

DATED: January 25, 2012

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*
**IT IS SO ORDERED**
/s/ Maxine M. Chesney
Judge Maxine M. Chesney