ALEXANDER G. CALFO (SBN 152891)
 ACalfo@yukelaw.com
KELLEY S. OLAH (SBN 245180)
 KOlah@yukelaw.com
YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, CA  90071-1560
Telephone:   (213) 362-7777
Facsimile:    (213) 362-7788

Attorneys for Defendant DEPUY ORTHOPAEDICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY HALL,<br><br>    Plaintiff,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC., THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION, and DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO. CV12-00267-MMC<br><br>[~~PROPOSED~~] ORDER RE AMENDED STIPULATION TO STAY ALL PROCEEDINGS |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff ANTHONY HALL and Defendants DEPUY ORTHOPAEDICS, INC. and THOMAS P. SCHMALZRIED, M.D., A Professional Corporation (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

    1.    The Parties' request for a stay of proceedings is GRANTED;

    2.    All proceedings in this action are hereby stayed, pending the likely transfer of this action to MDL 2244; and

    3.    All deadlines, including any deadlines relating to a potential remand motion and any outstanding responsive pleading, are extended until 30 days after the entry of a

joint Case Management Order in the MDL addressing remand briefing.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __Jan. 25__, 2012          _/s/ Maxine M. Chesney_
                                   (Hon. Maxine M. Chesney)

Respectfully submitted by,

DATED: January 25, 2012          YUKEVICH CALFO & CAVANAUGH


                                 By:  /s/ *Kelley S. Olah*
                                      Alexander G. Calfo
                                      Kelley S. Olah
                                      Attorneys for Defendant DEPUY
                                      ORTHOPAEDICS, INC.

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788